# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSIELENE B. ABAD, individually and as Guardian ad Litem fo JOHN ABAD, JR.; *et al.*, | ) ) ) |
| Plaintiffs, | ) ) Case No.  2:13-cv-01535-MMD-GWF |
| vs. | ) **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated August 26, 2013, required the parties to file a Joint Status Report regarding removed action no later than September 28, 2013.  To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **October 15, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 3rd day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge