# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSIELENE B. ABAD, individually and as Guardian ad Litem fo JOHN ABAD, JR.; *et al.*,

        Plaintiffs,

vs.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

        Defendant.

Case No.  2:13-cv-01535-MMD-GWF

**ORDER**

      This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated August 26, 2013, required the parties to file a Joint Status Report regarding removed action no later than September 28, 2013. To date the parties have not complied. Accordingly,

      **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **October 15, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3        DATED this 3rd day of October, 2013.

```
                                    _____
                                    GEORGE FOLEY, JR.
                                    United States Magistrate Judge
```